Argued March 23, affirmed April 4, 1977

In the Matter of Harris, Joseph Lee, Jr., a Minor Child.
STATE ex rel JUVENILE DEPARTMENT OF
MULTNOMAH COUNTY, *Respondent,*
*v.*
PEARSON, *Appellant.*
(Juvenile Case No. 48,810, CA 7234)
STATE ex rel PEARSON, *Appellant,*
*v.*
HARRIS, *Respondent.*
(Filiation Case No. 385-351, CA 7234)
562 P2d 226

Herbert A. Trubo, Portland, argued the cause and filed the brief for appellant.

Calvin E. Gantenbein, Jr., Portland, argued the cause and filed the brief for respondent Joseph Lee Harris.

No appearance for State of Oregon.

Harvey W. Keller, Portland, argued the cause for the minor child. With him on the brief was Ira L. Gottlieb, Portland.

Before Schwab, Chief Judge, and Lee and Richardson, Judges.

PER CURIAM.

**PER CURIAM.**

In this child custody matter the mother appeals from an order awarding custody to the father. Suffice it to say we agree with the trial judge. *Sarty v. Forney*, 12 Or App 251, 506 P2d 535 (1973).

Affirmed.